IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Mr.Prince McCoy Sr.,
    Plaintiff,

V.

Mr.Alamu,
    ,et al.,
    Defendants

United States Courts
Southern District of Texas
FILED
JUL 25 2017
David J. Bradley, Clerk of Court

MOTION FOR
APPOINTMENT OF
COUNSEL

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case.In support of this motion,plainmtif states:

1.Plaintiff is unable to afford counsel.He has requested leave to proceed in forma pauperis.

2.Plaintiff's imprisonment will greatly limit his ability to litigate.The issues involved in this case are complex,and will require significant research and investigation.Plaintiff has limited access to the law library and limited knowledge of the law.Plaintiff is in administrative segregation at the moment and it takes weeks to recieve a book,if at all.

3.A trial in this case will likely involve conflciting testimony,and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4.Plaintiff has made repeated efforts to obtain a lawyer.

WHEREFORE,plaintiff request that the court appoint counsel in this case.

July 19, 2017
DATE

*[signature]*
Signature,

Mr.Prince McCoy Sr.
#852958
Clements Unit
9601 Spur 591
Amarillo,Tx.79107