UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Prince McCoy | § | |
| | § | |
| *versus* | § | Case Number: 3:17−cv−00235 |
| | § | |
| Mr. Alamu, et al. | § | |

## Notice of Reassignment

Pursuant to 2019−8, this case is reassigned to the docket of United States District Judge Jeffrey V Brown. All court settings are vacated.

Date: June 29, 2021

Nathan Ochsner, Clerk