AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| Prince McCoy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:17−cv−00235 |
| Mr. Alamu, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                                   .

Date:   07/22/2021

*David Henderson* (signature)
*Attorney's signature*

David Henderson, Bar No. 24032292
*Printed name and bar number*

400 South Zang Blvd.
Suite 600
Dallas, Texas 75208
*Address*

dhenderson@equalrights.law
*E-mail address*

(737) 808-2260
*Telephone number*

(737) 808-2239
*FAX number*