AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Prince McCoy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17−cv−00235 |
| Mr. Alamu, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 07/22/2021

*Attorney's signature*

Jay D. Ellwanger, Bar No. 24036522
*Printed name and bar number*

8310-1 N. Capital of Texas Highway
Suite 190
Austin, Texas 78731
*Address*

jellwanger@equalrights.law
*E-mail address*

(737) 808-2260
*Telephone number*

(737) 808-2239
*FAX number*