UNITED STAES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED
AUG 05 2022
Nathan Ochsner, Clerk of Court

PRINCE MCCOY SR.,
        PLAINTIFF

CIVIL ACTION
No.3:17-CV-235

V.

MR.ALAMU,
        DEFENDANT

## PLAINTIFF PRINCE MCCOY'S MOTION FOR STANDBY COUNSEL

Pursuant to 28 U.S.C. §1915(e)(1),plaintiff moves for an order appointing standby counsel to assist him in this case at trial.In support of this motion plaintiff states:

1. Plaintiff has not been able to hire a lawyer to represent him in this suit.

2. PLaintiff's imprisonment has greatly limited his ability to litigate this case for trial for the following reasons; Plaintiff is not able to use the prison phone as needed due to covid restrictions and being on a pod without a phone, not being able to attend the law library as requested ,not being able to hire a expert witness due to the experts not wanting to take plaintiff's case without a hire lawyer on the case.

3. The case involves substantial investigation and discovery.The issues in this case are complex.A standby lawyer would help plaintiff to apply a case to the jury before the Court.

4. The trial in this case will involve conflicting testimony.A standby lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

5. Plaintiff has made repeated efforts to obtain expert witnesses who refused to testify without a lpawyer on the case.PLaintiff has made repeated efforts to obtain a lawyer to adequately represent him and the lawyers deny plaintiff's requests for representation.

WHEREFORE,plaintiff requests that the Court appoint standby counsel to assist plaintiff in this case.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed to the following on July 29,2022.

1.

BRIANNA WEBB
Assit.Atrorney General
P.O.Box 12548
Austin,Tx.78711-2548
Atrorney for defendant Alamu

*[signature]*
Mr.Prince AMcxCoy Sr.
Mr.Prince McCoy Sr.
#852958
Stiles Unit
3060 FM 3514
Beaumont,Tx.77705
PLaintiff,Pro se

2.

M. RUNCE MCCOY SR.
#821158
LYES UNIT
5260 FM 3514
BEAUMONT, TX. 77705

LEGAL MAIL

NORTH HOUSTON TX 773
3 AUG 2022 PM 1 L

United States Courts
Southern District of Texas
FILED
AUG 05 2022
Nathan Ochsner, Clerk of Court

CLERK IF
U.S.D.C.
P.O. BOX 61010
HOUSTON, TX. 77208

77208-101010