United States District Court
Southern District of Texas
**ENTERED**
October 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PRINCE MCCOY, *Plaintiff*, | § § § § | |
| v. | § § | CIV. ACTION NO. 3:17-CV-235 |
| TAJUDEEN ALAMU, *Defendant.* | § § § | |

# FINAL JUDGMENT

On August 22, 2022, trial of this case began. Plaintiff Prince McCoy and Defendant Tajudeen Alamu appeared and announced ready for trial, and the case was tried to a jury from August 22, 2022, to August 23, 2022. The case was submitted to the jury on August 23, 2022. The jury questions and answers (ECF No. 120), were as follows:

## Question No 1.

Do you find that Plaintiff Prince McCoy has proven by a preponderance of the evidence: (1) that Defendant Tajudeen Alamu used excessive force against him and (2) that Plaintiff Prince McCoy suffered some harm as a result of Defendant Tajudeen Alamu's use of force?

Answer "Yes" or "No": ___No___

Questions 2 through 6 were unanswered by the jury. *See* ECF No. 120.

Based on the verdict of the jury, **IT IS HEREBY ORDERED** that judgment is **GRANTED** in favor of Defendant. Accordingly, Plaintiff McCoy takes nothing from Defendant.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** on Galveston Island this 21st day of October.

_____
**JEFFREY VINCENT BROWN**
**UNITED STATES DISTRICT JUDGE**

1